UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KERMIT PARKER (#119466)

CIVIL ACTION

VERSUS

NO. 10-0640-FJP-CN

STATE OF LOUISIANA, ET AL.

## OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the plaintiff's Complaint shall be dismissed, without prejudice, for failure to pay the Court's filing fee.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March __10__, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#47172